IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

LUIS MANUEL LOPEZ APONTE

JOHANNA BOLORIN SANTIAGO

XXX-XX-3063

XXX-XX-8907

Debtors

CASE NO. 10-06886 SEK

Chapter 13

FILED & ENTERED ON 01/24/2011

## ORDER DISMISSING CHAPTER 13 CASE

Debtors have asked for a voluntary dismissal of this case pursuant to 11 U.S.C. §1307 (b). The case has not been previously converted.

**WHEREFORE**, Debtor's request is granted and the case is hereby dismissed. The trustee is awarded costs in the sum of $100.00.

The Clerk will close all proceedings, vacate any hearing date and notify this Order.

San Juan, Puerto Rico, this 24 day of January, 2011.

Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge

c: ALL CREDITORS

   DEBTORS
   ROBERTO FIGUEROA CARRASQUILLO
   JOSE RAMON CARRION MORALES