IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF: | |
| LUIS MANUEL LOPEZ APONTE | CASE NO. 10-06886 SEK |
| JOHANNA BOLORIN SANTIAGO | Chapter 13 |
| XXX-XX-3063 | |
| XXX-XX-8907 | **FILED & ENTERED ON 03/30/2011** |
| Debtor(s) | |

## ORDER DISCHARGING TRUSTEE AND CLOSING ESTATE

The Order or Judgment dismissing this case was entered on 01/24/2011. The Chapter 13 Trustee has filed the Final Report and Account of his administration of this estate. Accordingly, it is now

ORDERED that the Trustee be and is hereby discharged, that his bond be cancelled and the surety thereon be released from further liability thereunder and that the estate be and is hereby closed.

San Juan, Puerto Rico, this 30 day of March, 2011.

*[signature]*

**Sara E. De Jesus Kellogg**
**U.S. Bankruptcy Judge**

cc: JOSE RAMON CARRION MORALES